UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KAREN ANDREA CASTELLANOS,<br><br>    Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, JR., et al.,<br><br>    Respondents. | Case No. SACV 13-610-JST (AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: September 29, 2013

                                            **JOSEPHINE STATON TUCKER**
                                            Josephine Staton Tucker
                                            United States District Judge